1  SCOTT N. SCHOOLS, SC SBN 9990                                   efiled 6/8/07
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                 SAN JOSE DIVISION

12 MEI YIN LIN,                           )
                                          )  No. C 07-1937 JF
13                 Plaintiff,             )
                                          )
14         v.                             )
                                          )  **STIPULATION TO DISMISS AND**
15 MICHAEL CHERTOFF, Secretary of the    )  [~~PROPOSED~~] **ORDER**
   Department of Homeland Security;       )
16 ROBERT DEVINE, Acting Director of U.S. )
   Citizenship and Immigration Services;  )
17 DAVID STILL, San Francisco District Director, )
   U.S. Citizenship and Immigration Services; )
18 ROBERT S. MUELLER, Director of Federal )
   Bureau of Investigation,               )
19                                        )
                                          )
20                 Defendants.            )

21     Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

22 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

23 prejudice in light of the fact that the United States Citizenship and Immigration Services is now

24 prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such

25 application within 30 days of the dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27 ///

28

Stip. to Dismiss
C07-1937 JF                                    1

Jun 04 07 09:31a    pony                                          408-895-0382          p.3
JUN-03-2007 22:29         415 436 6927                           415 436 6927   P.03
Case 5:07-cv-01937-JF   Document 9   Filed 06/08/07   Page 2 of 3

1  Date: June 4, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_/s/_
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: June 4, 2007

_/s/_
MEI YIN LIN
Pro Se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 6/7/07

_/s/_
JEREMY FOGEL
United States District Judge

Stip. to Dismiss
C07-1937 JF

2

# CERTIFICATE OF SERVICE

<u>Lin, Mei v. Chertoff</u>, No. 07-1937 JF

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**STIPULATION TO DISMISS and [PROPOSED] ORDER**

to be served this date on the party(ies) in this action, by placing the true copy thereof, addressed as follows:

Mei Yin Lin
6644 Mt. Wellington Drive
San Jose, CA 95120

✔ First Class Mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with the office's practice.

___ Facsimile (FAX) Telephone No.

___ Personal Service (Messenger)

___ Federal Express

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 4, 2007

/s/ TIFFANI CHIU
TIFFANI CHIU
Paralegal Specialist